# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-0801

_____

PAUL BURNS,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

July 10, 2018

PER CURIAM.

   The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul Burns, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Respondent.